**United States Bankruptcy Court**
**Southern District of New York**

In re Tara Jewels Holdings, Inc.                                  Case No. _____
                                                                  Chapter 11

## VERIFICATION OF CREDITOR MATRIX

I, the Chief Restructuring Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors contains all potential creditors that the Debtor has provided to me to date for which I have been provided with an address. I am in the process of reviewing and analyzing the Debtor's books and records and to the extent that I become aware of additional potential creditors and/or addresses for creditors, I will supplement the attached list.

Date: June 21, 2019                         s/ Richard T. Faughnan
                                            **Richard T. Faughnan/CRO**
                                            Signer/Title

```
BRIAN M. SCHENKER, ESQ.
REED SMITH LLP
1717 ARCH STREET, STE. 3100
PHILADELPHIA, PA 19103


KEYBANK
ATTN: ROBERT KRUPKA, VP
731 CHESTNUT STREET
EMMAUS, PA 18049


TARA JEWELS LLC
C/O RICHARD T. FAUGHNAN
55 EAST 52ND STREET, 31ST FL.
NEW YORK, NY 10055


TARA JEWELS LTD.
PLOT 29 (P) & 30 (P) SUBPLOT A
SEEPZ SEZ ,ANDHERI (E)
MUMBAI - 400096, INDIA
```